```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                       CASE NO. 08 B 01413
      STEVEN WILBOURN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
      SSN XXX-XX-3209


   ------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
   ------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.   The case was filed on 01/23/08 .

      2.   The case was dismissed without confirmation, 05/30/2008.

      3.   The Debtor paid a total of $    600.00 .

      4.   The Trustee made disbursements to creditors as follows:


   ------------------------------------------------------------------------
   CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
   ------------------------------------------------------------------------
   OPTION ONE MORTGAGE CO   CURRENT MORTG        .00           .00            .00
   OPTION ONE MORTGAGE CO   MORTGAGE ARRE   NOT FILED          .00            .00
   WELLS FARGO FINANCIAL AC SECURED VEHIC        .00           .00            .00
   WILL COUNTY TREASURER    PRIORITY             .00           .00            .00
   ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED          .00            .00
   CAPITAL ONE BANK         UNSECURED       NOT FILED          .00            .00
   CREDITORS COLLECTION     UNSECURED       NOT FILED          .00            .00
   CREDITORS COLLECTION BUR UNSECURED       NOT FILED          .00            .00
   FIRST NATIONAL CREDIT CA UNSECURED       NOT FILED          .00            .00
   FIRST PREMIER BANK       UNSECURED       NOT FILED          .00            .00
   NCO FINANCIAL SYSTEMS    UNSECURED       NOT FILED          .00            .00
   RECEIVABLES MANAGEMENT I UNSECURED       NOT FILED          .00            .00
           Summary of disbursements:
   ------------------------------------------------------------------------
                         SECURED    PRIORITY    UNSECURED    OTHER       TOTAL
   ------------------------------------------------------------------------
   TOTAL CLMS ALLOWED       .00        .00         .00         .00         .00
   PRINCIPAL PAID           .00        .00         .00         .00         .00
   INTEREST PAID            .00        .00         .00         .00         .00
   TOTAL PAID               .00        .00         .00         .00         .00
   The Debtor's attorney, CARLEEN L CIGNETTO           , was allowed $   3000.00
   and was paid $    226.00  direct and $    565.20  through the plan.

   The Trustee received $     34.80 .

   Refunds to the Debtor totaled $      .00 .

        Wherefore, the Trustee requests an order be entered discharging
   the Trustee and the surety on his bond from any further liability
   in this case.
```

```
Dated: 08/20/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 01413 STEVEN WILBOURN
```